# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 11 |
|     JAMES ALBERT D'ANGELO, SR. AND CAROLYN MARIE D'ANGELO, | : | |
|     DEBTOR. | : | BANKRUPTCY NO. 11-14926-MDC |
| | : | |
| JAMES ALBERT D'ANGELO, SR. AND CAROLYN MARIE D'ANGELO, | : | |
| | : | |
|     PLAINTIFFS, | : | ADVERSARY NO. 11-00744-MDC |
| V. | : | |
| J.P. MORGAN CHASE BANK, N.A., | : | |
|     DEFENDANT. | : | |

# **O R D E R**

**AND NOW**, upon consideration of by the request by J.P. Morgan Chase Bank, N.A. for fees and costs as provided by 28 U.S.C. § 1447(c) (the "Fee Request"), the parties' briefs addressing the issue and for the reasons set forth in the accompanying Memorandum,

It is hereby **ORDERED** that:

1. The Fee Request is **GRANTED**.

2. The Debtors shall reimburse J.P. Morgan Chase Bank, N.A. the amount of $4,715.00 in attorneys' fees incurred in response to the Debtors' removal of the Actions.

Dated: January 4, 2012

                                                 MAGDELINE D. COLEMAN
                                                 UNITED STATES BANKRUPTCY JUDGE